FILED

2021 NOV -1 AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: DTA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES of AMERICA

PLAINTIFF(S)

v.

BRIAN HSU

DEFENDANT(S).

CASE NUMBER

SA21-742M

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: FBI
in the District of Colorado on 10/27/2021
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/27/2021
in violation of Title 49 U.S.C., Section(s) 46504 + 18 USC 113(a)(4)
to wit:

A warrant for defendant's arrest was issued by: District of Colorado

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/1/2021
Date

_____
Signature of Agent

Alexander E. Jackson
Print Name of Agent

FBI
Agency

Special Agent
Title

---

CR-52 (03/20)      DECLARATION RE OUT-OF-DISTRICT WARRANT