Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2021 NOV -1  AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___DJA___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
BRIAN HSU
USMS# _____
PLAINTIFF

DEFENDANT

CASE NUMBER: **SA21-742M**

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/1/2021 at 0820 ☒ AM ☐ PM
   or
   The defendant was arrested in the CENTRAL District of CALIFORNIA on 11/1/2021 at 0820 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   49 USC 46504 INTERFERENCE W/ FLIGHT CREW & 18 USC 113(a)(4) ASSAULT W/ SPECIAL AIRCRAFT JURISDICTION OF THE UNITED STATES

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2001

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): SUBJ HAD BRAIN SURGERY IN SEPTEMBER 2021.

11. Name: ALEXANDER E JACKSON  (please print)

12. Office Phone Number: 202-714-3861

13. Agency: FBI

14. Signature: _____

15. Date: 11/1/2021

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION